THERESE M. LAWLESS – Bar # 127341
SONYA SMALLETS – Bar # 226190
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555

Attorneys for Plaintiffs
LAWRENCE MARTIN and
DAVID L. YARBROUGH


STEPHEN A. DiTULLIO, Wis. Bar No. 1019446 and *Pro Hac Vice*
ROBERT E. SHUMAKER, Wis. Bar No. 1005214 and *Pro Hac Vice*
MINDY ROWLAND BUENGER, Wis. Bar. No. 1037995 and *Pro Hac Vice*
DEWITT ROSS & STEVENS S.C.
Two East Mifflin Street, Suite 600
Madison, WI  53703-2865
Telephone:     608.255.8891

MICHAEL E. BREWER, Bar No. 177912
JAMES Y. WU, Bar No. 213090
LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd., Suite 835
Walnut Creek, CA  94596.3565
Telephone:     925.932.2468

Attorneys for Defendant
ALTA GENETICS USA, INC.


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LAWRENCE MARTIN and DAVID L. YARBROUGH,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA GENETICS USA INC. and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:06-cv-1774-MCE-KJM<br><br><br><br>STIPULATION RE: DISCOVERY<br><br>Trial date: February 28, 2008<br>Judge: Morrison C. England, Jr. |

STIPULATION RE: DISCOVERY
No. 2:06-CV-01774-MCE-KJM                                                                                                               - 1 -

The parties hereby stipulate and request that the deadline for completing all discovery in this matter with the exception of expert discovery be extended from May 25, 2007 to July 27, 2007. The parties further stipulate and request that the deadline for the designation of expert witnesses be extended from July 25, 2007 to August 17, 2007. The parties agree that said extensions are necessary to allow the parties sufficient time to conduct necessary discovery, particularly in light of the fact that numerous witnesses reside in countries other than the United States and in states other than California. These extensions shall have no effect on the currently scheduled deadline of October 25, 2007 for the hearing of all dispositive motions nor on the currently scheduled trial date of February 27, 2008.

Dated: April 11, 2007                    LAWLESS & LAWLESS

                                              by     /s/ Sonya Smallets
                                                    Therese M. Lawless
                                                    Sonya Smallets
                                                    Attorneys for Plaintiffs


Dated: April 4, 2007                    DEWITT ROSS & STEVENS

                                              by     /s/ Mindy Rowland Buenger
                                                    Stephen A. DiTullio
                                                    Mindy Rowland Buenger
                                                    Attorneys for Defendants


        IT IS SO ORDERED.

Dated: April 16, 2007

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE