THERESE M. LAWLESS, Bar No. 127341
SONYA L. SMALLETS, Bar No. 226190
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   415.391.7555

Attorneys for Plaintiffs
LAWRENCE MARTIN and
DAVID L. YARBROUGH

MICHAEL E. BREWER, Bar No. 177912
JAMES Y. WU, Bar No. 213090
LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd., Suite 835
Walnut Creek, CA 94596.3565
Telephone:   925.932.2468

STEPHEN A. DiTULLIO, Wisc. Bar No. 1019446 and *Pro Hac Vice*
ROBERT E. SHUMAKER, Wisc. Bar No. 1005214 and *Pro Hac Vice*
MINDY ROWLAND BUENGER, Wisc. Bar. No. 1037995 and *Pro Hac Vice*
DEWITT ROSS & STEVENS S.C.
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
Telephone:   608.255.8891

Attorneys for Defendant
ALTA GENETICS USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARTIN and DAVID YARBROUGH,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA GENETICS USA, INC. and DOES ONE through FIFTY, inclusive,<br><br>Defendant. | Case No.  2:06-CV-01774 MCE KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION AND REQUEST FOR DISMISSAL**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468

IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 7, 2007    LAWLESS & LAWLESS

/s/ Sonya L. Smallets (as authorized on 05/10/07)
Therese M. Lawless
Sonya L. Smallets
Attorneys for Plaintiffs

Dated: June 4, 2007    DEWITT ROSS & STEVENS, SC

/s/ Mindy Rowland Buenger
Stephen A. DiTullio
Robert E. Shumaker
Mindy Rowland Buenger
Attorneys for Defendant

**IT IS SO ORDERED**.

Dated: June 21, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND REQUEST FOR DISMISSAL**    2.

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA  94596.3565
925.932.2468